IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 22- 54-UNA |
| MICHAEL SAMUEL BERNIER;<br>STEFANO SAIENNI, a/k/a FANO; | : | REDACTED |
| Defendants. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about May 10, 2022, through on or about May 12, 2022, in the District of Delaware and elsewhere, MICHAEL SAMUEL BERNIER and STEFANO SAIENNI, a/k/a FANO, defendants herein, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the grand jury to distribute, and to possess with intent to distribute, a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about May 11, 2022, in the District of Delaware, MICHAEL SAMUEL BERNIER and STEFANO SAIENNI, a/k/a FANO, defendants herein, distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## COUNT THREE

On or about May 12, 2022, in the District of Delaware, MICHAEL SAMUEL BERNIER, defendant herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, cocaine base, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

////

## NOTICE OF FORFEITURE

Upon conviction of the offenses in violation of 21 U.S.C. §§ 846, 841(a)(1),(b)(1)(C) set forth in Counts 1-3 of this Indictment, the defendants, MICHAEL SAMUEL BERNIER and STEFANO SAIENNI, a/k/a FANO, shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendants

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divide without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p). All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Kevin P. Pierce
Assistant United States Attorney

Dated: 6/7/22

3